UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jazalee Sircus,

                        Plaintiff,

-against-

TJW Family Foods LLC d/b/a JoJo's Philosophy and Bleecker Village LLC,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

1:18-cv-05287 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        The parties are directed to appear for a Telephone Conference on Wednesday, February 5, 2020 at 2:00 p.m. to discuss the status of this action. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:      New York, New York
                January 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge