LAW OFFICE OF
**DONALD J. WEISS**
363 7TH AVENUE, 4TH FLR.
NEW YORK, NEW YORK 10001
212-967-4440
DJWLAW@MINDSPRING.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

February 5, 2020

Via ECF
Hon. Stewart D. Aaron
United States Magistrate Judge
United Stated District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 11C
New York, New York  10007

The Telephone Conference scheduled for today, February 5, 2020 is adjourned *sine die*. SO ORDERED.
Dated: February 5, 2020

Re:  Jazalee Sircus v. TJW Family Foods LLC and Bleecker Village LLC
     Case No. 18-cv-05287 – PAE- SDA

Honorable Magistrate Judge Aaron:

I am the attorney for plaintiff in the referenced matter.  I am pleased to advise the Court that the matter has been settled in principle and the parties are engaged in preparation of the settlement documents.

It is therefore jointly requested by all parties that the conference scheduled for today at 2pm be adjourned *sine die* and that a 30 day order issue.

Respectfully submitted,

*Donald J. Weiss*

Donald J. Weiss